UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr2120-JLS |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| GPOMCT GRUPO EMPRESARIAL S.A. DE C.V., | |
| Defendant. | |

WHEREAS, in the Information filed in this case, the United States sought forfeiture of all properties seized from Defendant GPOMCT GRUPO EMPRESARIAL S.A. DE C.V. ("Defendant"), and any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461 (c), as charged in the Information; and

WHEREAS, on or about July 29, 2021, the Defendant pled guilty to the Information before Magistrate Judge Michael S. Berg, which plea included a consent and agreement by the Defendant to forfeiture of all property seized in connection with the case including, but not limited to, **approximately $1,100,000.00 in U.S. Currency**, which Defendant admitted represented property involved in, or traceable to the offense of conviction; and

WHEREAS, on September 1, 2021, this Court accepted Defendant's guilty plea; and

//

//

WHEREAS, by virtue of the facts, admissions, and consent set forth in the Plea Agreement and the addendum thereto, the Court finds that the United States has established the requisite nexus between the forfeited property and the offense; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said property, pursuant to 18 U.S.C. § 982(a)(1); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced property which was found forfeitable by the Court.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the factual admissions of the Defendant and his guilty plea, the United States is hereby authorized to take custody and control of the **approximately $1,100,000.00 in U.S. Currency**, and the Defendant has hereby forfeited to the United States all of his right, title, and interest to said property pursuant to 18 U.S.C. § 982(a)(1), as property involved in, or traceable to the offense of conviction, and the currency shall be disposed of in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2. The **approximately $1,100,000.00 in U.S. Currency** is to be held by Immigration and Customs Enforcement ("ICE") in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the

United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Criminal Forfeiture.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

Dated: November 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge