UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21cr2120-JLS |
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| GPOMCT GRUPO EMPRESARIAL S.A. DE C.V., | |
| Defendant. | |

On November 12, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of GPOMCT GRUPO EMPRESARIAL S.A. DE C.V. in the **approximately $1,100,000.00 in U.S. Currency**, pursuant to 18 U.S.C. § 982(a)(1).

For thirty (30) consecutive days ending on December 16, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

//

There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of forfeiture.

Thirty (30) days have passed following the final date of notice of publication, and no third party has made a claim to or declared any interest in the forfeited property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of GPOMCT GRUPO EMPRESARIAL S.A. DE C.V. and any and all third parties in the **approximately $1,100,000.00 in U.S. Currency** are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that costs incurred by Immigration and Customs Enforcement ("ICE") and any other Governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that ICE shall dispose of the forfeited property according to law.

IT IS SO ORDERED.

Dated: February 17, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge